FILED

JUN 10 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN WILLIAMS, | ) | CASE NO. **1:26 CR 0 0 2 8 6** |
| JOHN CLOUD, | ) | Title 18, United States Code, |
| | ) | Sections, 922(a)(1)(A), |
| Defendants. | ) | 922(g)(1), 924(a)(1)(D) and (8), |
| | | and 933(a)(1) and (3) |

**JUDGE CALABRESE**

COUNT 1
(Firearms Trafficking, 18 U.S.C. §§ 933(a)(1) and (3))

The Grand Jury charges:

1. From on or about July 26, 2024, through November 9, 2025, in the Northern District of Ohio, Eastern Division, Defendant JOHN WILLIAMS, and others known and unknown to the Grand Jury, did knowingly and intentionally attempt or conspire, to ship, transport, transfer, and cause to be transported or otherwise dispose of firearms to other persons, in or otherwise affecting interstate of foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearms by the other persons would constitute a felony, in violation of Title 18, United States Code, Sections 933(a)(1) and (3).

OBJECT OF THE CONSPIRACY

2. It was the object of this conspiracy that the Defendant WILLIAMS transferred firearms for profit.

1

## MANNER AND MEANS OF THE CONSPIRACY

3.    It was part of the conspiracy that Defendant:

a.  Obtained firearms and then sold them for profit;

b.  Obtained firearm lower receivers, built them into fully functioning firearms, and sold them for profit;

c.  Obtained a machinegun conversion device and offered for sale;

d.  Brokered firearm sales;

e.  Communicated with potential buyers using cellular telephones and text messages to arrange for potential firearm sales;

f.  Worked with others to sell firearms to buyers

g.  Sold or attempted to sell firearms to buyers they knew or had reason to believe they were prohibited from possessing firearms, were known drug traffickers, or otherwise intended to illegally possess or use firearms;

### Overt Acts

4.    In furtherance of the conspiracy, and to effect the object of the conspiracy, Defendant, JOHN WILLIAMS, and others known and unknown to the grand jury, performed overt acts in the Northern District of Ohio, including but not limited to, at least one of the following acts:

5.    From June 9, 2024 to July 17, 2024 JOHN WILLIAMS received the following text messages from D.R., a known drug trafficker:

> D.R.: Cuz
> D.R.: Send pics
> D.R.: I'm bout to see now
> D.R.: I need a 9&11
> D.R.: You got some more for my people
> D.R.: pic

2

> D.R.: Okay
> D.R.: My people said he got 8 for it
> D.R.: Let me call him
> D.R.: Okay

6.     On June 17, 2024, D.R. texted a photo of a fully assembled Franklin Armory, .762 caliber rifle, bearing serial number R-12772, and a lower receiver to a group chat with several known drug traffickers.  The Franklin Armory, .762 caliber rifle was purchased by WILLIAMS on January 5, 2024, from Parma Gun Shop in Parma, Ohio.  The text messages with the images of firearms stated:

> Nice: How much
> D.R.: This cuz that customize him
> D.R.: Libber, he said he could do ours
> D.R.: I'm about to put that one on mines

7.     On July 26, 2024, JOHN WILLIAMS purchased two Anderson Manufacturing AM-15 multi-caliber lower receivers, bearing serial numbers 24029511 and 24029636 from Fin Feather and Fur outfitters in Middleburg Heights, Ohio.

8.     On July 26, 2024, D.R. texted a photo of two fully assembled Anderson Manufacturing AM-15 multi-caliber firearms, bearing serial numbers 24029511 and 24029636 previously purchased by Williams that same day, to two known drug traffickers, one of whom was a convicted felon and prohibited from possessing firearms.

9.     From July 24, 2024 to August 31, 2024, WILLIAMS communicated with "Marv", via a text regarding the sale of firearms and prices, in the following exchange:

> WILLIAMS: Glock 19 custom $650
> MARV: That bitch crazy I'll let you kno in 20 min
> …
> MARV: damnn them crazy
> WILLIAMS: 5.56 bottom 7.62
> WILLIAMS: 12 together
> WILLIAMS: 6 a piece
> MARV: Damnn let me sho my brother nd nem
> WILLIAMS: Ight bet

3

MARV: My brother said that's da best you can do for both
WILLIAMS: liteway yea I got a couple people at 15
MARV: When can you bring them
WILLIAMS: Now for real

...

WILLIAMS: 750
WILLIAMS: 300 blackout
MARV: What happened with da other 2
WILLIAMS: Iont be havin dem mfs long
WILLIAMS: 375 38 special
MARV: I'll get that rite now if you can do 350
WILLIAMS: yea

...

WILLIAMS: I got one left $500
MARV: 300 blackout
WILLIAMS: 7.62
WILLIAMS: Igot a 5.56 to same size
MARV: Later today
WILLIAMS: Let me know when

10.     On August 2, 2024, JOHN WILLIAMS, purchased six Anderson Manufacturing AM-15 multi-caliber lower receivers, bearing serial numbers 24029533, 24029539, 24029527, 24029514, 24029505, and 24029506 from Fin Feather and Fur outfitters in Middleburg Heights, Ohio.

11.     On August 6, 2024, WILLIAMS purchased six Anderson Manufacturing AM-15 multi-caliber lower receivers, bearing serial numbers 24029544, 24029546, 24029548, 24029550, 24029515, and 24029509 from Fin Feather and Fur outfitters in Middleburg Heights, Ohio.  The same day, Williams also purchased a Smith and Wesson SD9, 9mm Pistol, bearing serial number; FEK5662 and a Taurus G3C, 9mm Pistol, bearing serial number; AEM946107.

12.     On August 21, 2024, WILLIAMS, purchased 10 Anderson Manufacturing AM-15 multi-caliber lower receivers, bearing serial numbers 24029541, 24029535, 24029536, 24029537, 24029523, 24029524, 24029517, 24029507, 24029510, and 24029895, from Fin Feather and Fur Outfitters in Middleburg Heights, Ohio.

4

13.     From September 14, 2024, to September 21, 2024, WILLIAMS communicated with "LEW", via a text regarding the sale of firearms and prices, in the following exchange:

> WILLIAMS: [image]
> WILLIAMS: .762
> LEW: [loved and image]
> LEW: Mf really got a load out
> WILLIAMS: You know I don't play
> LEW: [laughed at an image]
> LEW: That's a lot of guns neph lol whsts for sell
> …
> LEW: Might have a sell for you next week on a ARP if you got one
> WILLIAMS: Just let me know
> LEW: Ok
> …
> LEW: How much
> WILLIAMS: 7
> LEW: Bet
> LEW: Might have a play for you if you still got some ARPs
> WILLIAMS: Yeah

14.     On October 30, 2024, Ohio State Highway Patrol recovered two fully assembled Anderson Manufacturing AM-15 multi-caliber lower receivers, one previously purchased by WILLIAMS on August 2, 2024, and the other previously purchased by WILLIAMS on August 6, 2024. The firearms were recovered in the possession of two individuals who were under the age of 21 after a vehicle pursuit.

15.     From April 4, 2025, to July 10, 2025, WILLIAMS purchased 11 additional Anderson Manufacturing AM-15 multi-caliber lower receivers, bearing serial numbers 24028860, 24177914, 24177917, 24177926, 24177775, 24177786, 24177788, 24177790, 24177794, 24177799, and 241777800. Law enforcement recovered one of these firearms on September 11, 2025, in the possession of an individual who was under the age of 21 after pursuing a stolen vehicle.

5

16. From July 10, 2025 to August 31, 2025, WILLIAMS communicated with "LEW", via a text regarding the sale of firearms and prices, in the following exchange:

> WILLIAMS: [image]
> LEW: Them mf look raw
> WILLIAMS: Red $900 Brown $750
> LEW: Bet finna put the word out
> …
> LEW: Send me pictures of the hand gun
> WILLIAMS: [image]
> LEW: You still got thm 2 chops
> WILLIAMS: I got one left
> WILLIAMS: The one on the bottom
> …
> LEW: 762 he said
> WILLIAMS: Yes
> LEW: Call I got a sell for the gun

17. From May 23, 2025 to October 24, 2025, WILLIAMS regularly communicated with O.P., a known drug trafficker and convicted felon via a text regarding the sale of firearms, one of which was equipped with a machinegun conversion device, negotiated prices with O.P., and sent images of multiple firearms for sale. One of their texts on July 29, 2025 stated the following:

> WILLIAMS: We can trade or come 700 gen5 wit a button
> O.P.: [image of marijuana]
> O.P.: That's like 4 different flavors and I need a little cheap hand joint
> WILLIAMS: 6 for da K
> O.P.: You put a different nozzle on it
> WILLIAMS: Yeah
> O.P. What you got drop that Glock too if I grab both of them
> WILLIAMS: Dat Glock gone
> WILLIAMS.: I let dis 556 go fa 5
> O.P.: What's 556
> WILLIAMS: [attachment sent]
> O.P.: I'll be there tomorrow

18. On November 7, 2025, a search warrant was executed at the home of JOHN WILLIAMS and his father, JOHN CLOUD. Within CLOUD's bedroom investigators located a

Black Rain Ordnance Inc., Spec 15, multi-caliber rifle bearing serial number SX005464 and a Glock, model 30, .45 caliber pistol, bearing serial number BRUK121, under CLOUD's bed. CLOUD is a convicted felon and prohibited from possessing firearms. CLOUD admitted that both firearms located under his bed were his and that he was a convicted felon. The Black Rain Ordnance Inc., Spec 15, multi-caliber rifle bearing serial number SX005464, found under CLOUD'S bed, was purchased by JOHN WILLIAMS. Within John Williams bedroom was an Anderson Manufacturing AM-15 lower receiver, bearing serial number 24177788, purchased by Williams on July 10, 2025.

COUNT 2

(Engaging in the Business of Importing, Manufacturing, or Dealing in Firearms without a Federal Firearms license, 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D))

The Grand Jury further charges:

19. The allegations of paragraphs 2-20 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

20. From on or about July 26, 2024, through November 9, 2025, in the Northern District of Ohio, Eastern Division, Defendant JOHN WILLIAMS, not being a licensed dealer importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in, importing, or manufacturing firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D)).

COUNT 3

(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

21. On or about November 7, 2025, in the Northern District of Ohio, Eastern Division, Defendant JOHN CLOUD, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Drug Trafficking, on or

7

about June 9, 2008, in case number CR-08-506301, in Cuyahoga County Common Pleas Court, and Conspiracy to Commit Bank Fraud, on or about December 2, 2004, in case number 1:04CR009, in United States District Court for the Northern District of Ohio, knowingly possessed in and affecting interstate commerce firearms, to wit: a Black Rain Ordnance Inc., Spec 15, multi-caliber rifle, bearing serial number SX005464, and a Glock, model 30, .45 caliber pistol, bearing serial number BRUK121, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

22. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 924(d)(1), 934, and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 3 are incorporated herein by reference. As a result of foregoing offenses, Defendants JOHN WILLIAMS and JOHN CLOUD shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the firearms offenses charged in Counts 1 through 3; and any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense charged in Count 1; and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense charged in Count 1; including, but not limited to, the following:

A. Black Rain Ordnance Inc., Spec 15, multi-caliber rifle, bearing serial number SX005464 (JOHN CLOUD);

B. Glock, model 30, .45 caliber pistol, bearing serial number BRUK121 (JOHN CLOUD);

8

C.      Anderson Manufacturing AM-15 lower receiver, serial number: 24177788 (JOHN WILLIAMS); and

D.      Miscellaneous ammunition (JOHN WILLIAMS and JOHN CLOUD).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

9